KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 3-05-70308 EDL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNITED STATES' MOTION TO |
| v. | ) | UNSEAL; [PROPOSED] ORDER |
| | ) | |
| GRACE TAN and | ) | |
| LISA BOMENGEN, | ) | |
| Defendants. | ) | |
| | ) | |

   On May 6, 2005, Magistrate Judge Elizabeth D. Laporte authorized a sealed criminal

complaint for the above two defendants. Lisa Bomengen was arrested on August 23, 2005

pursuant to the above complaint. Grace Tan was arrested on August 31, 2005 pursuant to a

superseding indictment in United States v. Gao, et al., CR-05-00465-JSW.

   Because both of the defendants have been arrested, there is no longer a need for the

UNITED STATES' MOTION TO UNSEAL;
[PROPOSED] ORDER
No.: CR 3-05-70308 EDL

1    criminal complaint to remain under seal.  Therefore, the government hereby moves for the

2    unsealing of the above criminal complaint.

3

4    DATED: September 8, 2005                    Respectfully submitted,

5                                               KEVIN V. RYAN
                                                United States Attorney
6

7

8    MONICA FERNANDEZ
     Assistant United States Attorney
9

10                              **ORDER**

11        The government's motion to unseal the criminal complaint in <u>United States v. Grace Tan</u>

12   <u>and Lisa Bomengen</u>, CR-3-05-70308-EDL, is granted.  The criminal complaint is hereby

13   UNSEALED.

14        IT IS SO ORDERED.

15

16

17   DATED: September 9, 2005

18                                              HONORABLE JOSEPH C. SPERO
                                                UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO UNSEAL;
[PROPOSED] ORDER
No.: CR 3-05-70308 EDL                    2