1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
8
9  Attorneys for Plaintiff

10

                      FILED
                   SEP 13 2005
                RICHARD W. WIEKING
              CLERK, U.S. DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14
15  UNITED STATES OF AMERICA,          )   No.: CR 3-05-70308 EDL
                                       )
16         Plaintiff,                  )
                                       )   UNITED STATES' MOTION TO
17                                     )   UNSEAL; [PROPOSED] ORDER
       v.                              )
18                                     )
                                       )
19  GRACE TAN and                      )
    LISA BOMENGEN,                     )
20                                     )
           Defendants.                 )
21                                     )
                                       )
22  _____ )

23         On May 6, 2005, Magistrate Judge Elizabeth D. Laporte authorized a sealed criminal

24  complaint for the above two defendants. Lisa Bomengen was arrested on August 23, 2005

25  pursuant to the above complaint. Grace Tan was arrested on August 31, 2005 pursuant to a

26  superseding indictment in <u>United States v. Gao, et al.</u>, CR-05-00465-JSW.

27         Because both of the defendants have been arrested, there is no longer a need for the

28

UNITED STATES' MOTION TO UNSEAL;
[PROPOSED] ORDER
No.: CR 3-05-70308 EDL

1  criminal complaint or any other documents in this case to remain under seal. Therefore, the
2  government hereby moves for the unsealing of the entire case.

4  DATED: September 12, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MONICA FERNANDEZ
Assistant United States Attorney

**ORDER**

The government's motion to unseal all documents in <u>United States v. Grace Tan and Lisa Bomengen</u>, CR-3-05-70308-EDL, is granted. The above case is hereby UNSEALED.

IT IS SO ORDERED.

DATED: September 1̲2̲, 2005

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES' MOTION TO UNSEAL;
[PROPOSED] ORDER
No.: CR 3-05-70308 EDL                    2