1 KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7065
7  FAX: (415) 436-7234
   E-mail: Monica.L.Fernandez@usdoj.gov

8

9 Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   No.: CR 3-05-70308 EDL
                                    )
16        Plaintiff,                )
                                    )   STIPULATION CONTINUING
17                                  )   PRELIMINARY HEARING OR
     v.                             )   ARRAIGNMENT DATE; [PROPOSED]
18                                  )   ORDER
                                    )
19 LISA BOMENGEN,                   )   Date: September 12, 2005
                                    )   Time: 9:30 a.m.
20        Defendant.                )
                                    )
21 _____  )

22        The parties to the above case hereby stipulate as follows:

23        1. This matter is currently set for preliminary hearing or arraignment on September

24 12, 2005.

25        2. Defense counsel is in the process of arranging for the defendant's travel from

26 Southern California, which must be coordinated with the United States Marshals pursuant to 18

27 U.S.C. Section 4285. It is unlikely that such travel can be arranged in order for the defendant to

28

STIP. CONT. PRELIM. HRG. OR ARR. DATE;
[PROPOSED] ORDER
No.: CR 3-05-70308 EDL

FILED
SEP 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | appear on September 12, 2005.

2 |     3. Accordingly, the parties agree as follows:

       a. With the defendant's consent, taking into account the public interest in the prompt disposition of criminal cases, this matter should be continued until September 21, 2005 at 9:30 a.m. for preliminary hearing or arraignment. See Fed. R. Crim. P. 5.1(d).

       b. The need to arrange the defendant's travel constitutes "good cause" for the extension within the meaning of Federal Rule of Criminal Procedure 5.1(d).

IT IS SO STIPULATED.

DATED: September 8, 2005        Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney

                                          /s/ Monica Fernandez
                                          MONICA FERNANDEZ
                                          Assistant United States Attorney

DATED: September 8, 2005        /s/ Mark R. Vermeulen
                                          MARK R. VERMEULEN, ESQ.
                                          Attorney for Defendant Bomengen

## ORDER

Pursuant to the parties' stipulation and for good cause shown, taking into account the public interest in the prompt disposition of criminal cases, this matter is continued until September 21, 2005 at 9:30 a.m. for preliminary hearing or arraignment. See Fed. R. Crim. P. 5.1(d).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2005                      
                                          HONORABLE JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE