KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>LISA BOMENGEN, )<br>)<br>Defendant. )<br>)<br>_____ ) | No.: CR 3-05-70308 EDL<br><br>STIPULATION (1) CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE; AND (2) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AS DELAY RESULTING FROM DEFERRAL OF PROSECUTION; [~~PROPOSED~~] ORDER |

   The parties to the above case hereby stipulate as follows:

   1. This defendant appeared before this Court for preliminary hearing or arraignment on September 21, 2005.

   2. The defendant has entered into a written pre-trial diversion agreement with the United States Attorney.

   3. Accordingly, the parties agree as follows:

STIP. (1) CONT. PRELIM. HRG. OR ARR. DATE; & (2)
EXCLUDING TIME UNDER THE STA AS DELAY
RESULTING FROM DEFERRAL OF PROSECUTION;
[~~PROPOSED~~] ORDER No.: CR 3-05-70308 EDL

a. This matter should be continued for one year, until September 21, 2006.

b. Time should be excluded under the Speedy Trial Act as delay resulting from deferral of prosecution pursuant to 18 U.S.C. Section 3161(h)(2).

IT IS SO STIPULATED.

DATED: September 22, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

DATED: September 21, 2005

/s/ Mark R. Vermeulen
MARK R. VERMEULEN, ESQ.
Attorney for Defendant Bomengen

## ORDER

Pursuant to the parties' stipulation, this matter is continued until September 21, 2006.

In light of the written pre-trial diversion agreement entered into between the defendant and the United States Attorney, time is excluded under the Speedy Trial Act from September 21, 2005 through September 21, 2006. See 18 U.S.C. Section 3161(h)(2).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 23, 2005

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. (1) CONT. PRELIM. HRG. OR ARR. DATE; & (2)
EXCLUDING TIME UNDER THE STA AS DELAY
RESULTING FROM DEFERRAL OF PROSECUTION;
[PROPOSED] ORDER No.: CR 3-05-70308 EDL        2