```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 3-05-70308 EDL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | PROTECTIVE ORDER REGARDING |
| | ) | COMPUTER DISCOVERY AS TO |
| | ) | DEFENDANT BOMENGEN |
| LISA BOMENGEN, | ) | |
| Defendant. | ) | |
| | ) | |

The United States, through its counsel of record, and the defendant, through her counsel of record, hereby agree and stipulate that the government will provide computer discovery (consisting of seized computer evidence) on the following conditions:

The computer discovery produced in this matter is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendant, her attorney of record,

No.: CR 3-05-70308 EDL
STIP. & [PROPOSED] PROT. ORDER RE
COMPUTER DISCOVERY AS TO DEF BOMENGEN

and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorney of record (hereinafter collectively referred to as "members of the defense team").

The defendant, her attorney of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.  The defendant, her attorney of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendant in this case.  The defendant, her attorney of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter.  Any violation of these prohibitions constitutes a violation of the Protective Order.  Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding efforts taken by the government to redact personal information of witnesses from the discovery provided to the defense (such as date of birth, social security numbers, addresses, phone numbers, etc.), defense counsel, the defendant and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

      2     <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendant's attorneys of record shall return all copies of any Protected Material (including all copies provided to the defendant, her attorneys of record, and members of the defense team) to the United States Attorney's Office for the Northern District of California.

No.: CR 3-05-70308 EDL
STIP. & [PROPOSED] PROT. ORDER RE
COMPUTER DISCOVERY AS TO DEF BOMENGEN      2

1  IT IS SO STIPULATED.

3  DATED: October 3, 2005                /s/ Monica Fernandez
                                         MONICA FERNANDEZ
4                                        Assistant United States Attorney
                                         Counsel for the United States

7  DATED: October 3, 2005                /s/ Mark R. Vermeulen
                                         MARK R. VERMEULEN
8                                        Counsel for Defendant BOMENGEN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 5, 2005

HONORABLE ~~DATE~~
UNITED STATES ~~JUDGE~~

IT IS SO ORDERED
Judge James Larson

No.: CR 3-05-70308 EDL
STIP. & [PROPOSED] PROT. ORDER RE
COMPUTER DISCOVERY AS TO DEF BOMENGEN                                    3